UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| DAVID FORTNEY and ELI TRIPLETT, individually and on behalf of all those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WALMART INC.,<br><br>Defendant. | CASE NO. 2:19-cv-04209<br><br>JUDGE SARAH D. MORRISON<br><br>MAGISTRATE JUDGE JOLSON |

## CONSENT FORM

I hereby consent, agree, and opt-in to be a party Plaintiff in the above-captioned collective action. I agree to be represented by The Lazzaro Law Firm, LLC and The Law Offices of Michael L. Fradin. I understand that by filing this consent, I will be bound by the judgment of the Court on all issues in this case.

Signature: _[signature]_  Date: 8/5/21

Print Name: Eric Albert  Phone: 307-313-0709

Street Address: 152 County Rd  Email: escalbert1980@hotmail.com

City, State, Zip: Evanston WY 82930

eSign via PDF or return to:
The Lazzaro Law Firm, LLC
The Heritage Building, Suite 250
34555 Chagrin Boulevard
Moreland Hills, Ohio 44022
Phone: 216-696-5000
Fax: 216-696-7005
consent@lazzarolawfirm.com
**Must be eSigned, postmarked, faxed, or emailed by September 17, 2021**