# EXHIBIT C

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

EASTERN DIVISION

CASE NUMBER: 19-CV-04209

DAVID FORTNEY AND ELI TRIPLETT, PLAINTIFFS
INDIVIDUALLY AND ON BEHALF OF
ALL THOSE SIMILARLY SITUATED

vs.

WALMART, INC. DEFENDANT

* * * * * * * *

DEPONENT: CHAD PALMER

DATE: JUNE 11, 2020

* * * * * * * *

Lois A. Roell,
Registered Merit Reporter

Q A couple of times over the time you worked there?

A While he was the manager, yeah.

Q And other than Jason, did any of the other service managers ever come up to you during your meal breaks?

A No. Matt always talked to me, but Matt was always eating in there usually around the same time because we always closed shop together.

Q So you said a couple times during the time Jason was your manager he asked you to come back to work early from your lunch break because things were busy in the shop; is that what you're saying?

A Yeah.

Q Now, when you did that, did you go to the computer, you logged back in if Jason wanted you to come back to work early from lunch on those couple of occasions?

A I did, but it was on a rush to get back in. That's after -- that's when I was faster and it doesn't work sometimes, but Jason, he was getting rushed and other people were always -- other co-workers in the department would always -- he was the one pushing and want me to. Matt ordered my

lunch, but yeah.
Q Well, again --
A So I'd come back, but it would be right at the moment, so they had me quickly go in and cover something, and then when I got access and I got in, because I tried to get over there or get rushed over there.
Q Let me just go back over that. First of all, you said it only happened a couple of times, right?
A Yeah. And then -- well, since -- yes.
Q And I just want to understand. So on the couple of times when it happened, Jason would want you to come back to work early, and you knew you were supposed to clock back in at that point, right?
A Yeah, but at the moment I wasn't able to get at something.
Q You're saying you weren't able to get to the computer at that point?
A Yes, yes, I wasn't -- I'd get around and I'd get into it within a few minutes after I was already over there working at those times. And then there was -- go ahead.
Q Have you finished your answer?
A Yes.

Q Okay. I can't always tell. I apologize again if I interrupt. So are you saying that you sometimes did work for a few minutes before you were able to go back to the computer and clock in again?

A Yeah.

Q But did you know that Walmart expected you to clock in again before you started work?

A Yes. So I'd try to reset it and put my time in when I came back around.

Q Did you know that there was a process if something went wrong with clocking in, there was a process to --

A Yes.

Q -- a time adjustment to the company if --

A Yes, and you would have to state a reason.

Q So if the reason is you couldn't clock in because you couldn't get to a computer, did you know you could put in for that time?

A Yes.

Q So on the couple of times when Jason asked you to come back to work early and you couldn't get to the computer right away to clock back in, did you submit a time adjustment?

A Yes.

Q And after you submitted the time adjustment, did you get paid?

A Those two moments, yeah.

Q Okay. So the only two times when Jason interrupted your lunch hour and asked you to come back to work early, you got paid for those minutes, correct?

A Correct.

Q Okay. And so other than the assistant manager or the store manager asking you how busy the shop was while the two of you were having lunch together or other than the couple of occasions where Jason asked you to come back to work early from lunch, were you ever interrupted in your lunch hour by any manager on any other occasion?

A Yeah, I was because I'd have to work all the way on Sundays, no one wanted to work, and it would go late, and I usually had to work by myself for the whole second shift. And I'd even contact the store manager, I'd contact the assistant managers telling them, you know, I need some help at the moment, and I'd work all the way up to five and a half hours until I was locked out of the system. And then I'd have to close the shop down, and then I'd clock -- yeah, I'd clock out. And I would put