UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**DAVID FORTNEY,** *et al.***,**

    **Plaintiffs,**

v.

    Case No. 2:19-cv-4209
    Judge Edmund A. Sargus, Jr.
    Magistrate Judge Kimberly A. Jolson

**WALMART, INC.,**

    **Defendant.**

## ORDER

This matter is before the Court on the parties' Joint Motion to Stay Case. (ECF No. 190.) The parties request a stay of "all proceedings in this matter, including the issuance of a decision or ruling on Defendant's Motion to Decertify Plaintiffs' Collective FLSA Claims." (*Id.*; *see* ECF No. 169.) The parties indicate that they are engaged in meaningful settlement discussions and desire to stay this litigation to facilitate those discussions and to attend mediation before a decision on the pending motions.

Accordingly, the Court **GRANTS** the Motion (ECF No. 190) and **STAYS** this case until further notice. The parties shall file a joint status report **no later than October 28, 2024**, advising the Court of the date of mediation and proposing a deadline to notify the Court of the results of the mediation and whether the stay should be lifted.

    **IT IS SO ORDERED.**

**10/11/2024**　　　　　　　　　　　　　　　　　s/Edmund A. Sargus, Jr.
**DATE**　　　　　　　　　　　　　　　　　　　　EDMUND A. SARGUS, JR.
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE