UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| DAVID FORTNEY and ELI TRIPLETT, *individually and on behalf of all those similarly situated*, | Case No. 2:19-cv-04209 |
| Plaintiffs, | Judge Edmund A. Sargus |
| v. | Magistrate Judge Kimberly A. Jolson |
| WALMART, INC., | **JOINT STATUS REPORT** |
| Defendant. | |

Plaintiffs David Fortney and Eli Triplett, on behalf of themselves and all Opt-In Party Plaintiffs, and Defendant Walmart Inc. (together "the Parties"), by their respective undersigned counsel, submit this Joint Status Report in accordance with the Court's Order entered on April 23, 2025 (ECF 201). In support of the foregoing, the Parties' Jointly state:

1. On April 18, 2025, the Parties informed the Court that they had reached a resolution in principle of the litigation (ECF 200).

2. On April 23, 2025, June 3, 2025 and July 28, the Court entered its orders allowing the Parties until August 18, 2025, to prepare and finalize the written settlement documents effectuating their resolution in principle to resolve the litigation (ECF 201, 203, 205).

3. The Parties have been working in good faith to finalize the written settlement documentation and are close to finalizing the documents but need additional time to finalize the written documents and obtain signatures.

4. Accordingly, the Parties respectfully request that the Court extend the stay of all proceedings in this matter for an additional twenty-one days, until September 8, 2025, to allow the Parties to finalize the settlement documents and submit the appropriate paperwork to the Court.

5. This request is made in good faith, not for purpose of delay, and extending the stay will preserve the Court's and the Parties' resources, and is in the interests of judicial economy.

Respectfully Submitted this 18th day of August 2025,

| | |
|---|---|
| */s/ Matthew S. Grimsley* | */s/ Naomi G. Beer* |
| Matthew S. Grimsley (0092942) | Naomi G. Beer |
| Anthony J. Lazzaro (0077962) | *Admitted Pro Hac Vice* |
| Lori M. Griffin (0085241) | Greenberg Traurig, LLP |
| The Lazzaro Law Firm, LLC | 1144 15th Street, Suite 3300 |
| The Heritage Building, Suite 250 | Denver CO 80202 |
| 34555 Chagrin Boulevard | Phone:  303-572-6549 |
| Moreland Hills, Ohio 44022 | Fax:  303-572-6540 |
| Phone: 216-696-5000 | beern@gtlaw.com |
| Facsimile: 216-696-7005 | |
| matthew@lazzarolawfirm.com | John Richards (*Admitted S.D. OH 9/06*) |
| anthony@lazzarolawfirm.com | Greenberg Traurig, LLP |
| lori@lazzarolawfirm.com | Terminus 200 |
| | 3333 Piedmont Road NE, Suite 2500 |
| Michael L. Fradin (0091739) | Atlanta GA 30305 |
| 8401 Crawford Avenue, Suite 104 | Phone:  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 |
| Skokie, Illinois 60076 | Fax:  678-553-2212 |
| Phone:  847-986-5889 | richardsjr@gtlaw.com |
| Facsimile:  847-673-1228 | |
| mike@fradinlaw.com | Attorneys for Defendant |
| | |
| Attorneys for Plaintiffs | |

2